UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GISELLE SUSCA,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/21
```

**STIPULATION OF REMAND**

No. 20 Civ. 9592 (AJN) (DCF)

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that Defendant shall pay Plaintiff the sum of two thousand two hundred thirty-five dollars and sixty cents ($2,235.60) in attorney's fees and expenses and four hundred dollars and no cents ($400.00) in costs, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in full satisfaction of any and all claims made under the EAJA in connection with this action. Fees and expenses may be paid to Plaintiff's counsel if Plaintiff has so agreed in writing, and Plaintiff owes no debt to the federal government that is subject to offset.

      Dated: November 23, 2021

      CHERMOL & FISHMAN LLC
      *Attorney for Plaintiff*

      By:   /s/ Daniel Fishman
           Daniel Hersh Fishman
           11450 Bustleton Avenue
           Philadelphia, PA 19116
           Tel.: 215-718-8828
           Email: dan@ssihelp.us

Dated: November 23, 2021

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: _____
Amanda F. Parsels
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Tel.: (212) 637-2780
Fax: (212) 637-2750
Email: amanda.parsels@usdoj.gov

SO ORDERED:

_____ 12/2/21
UNITED STATES DISTRICT JUDGE

2