UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GISELLE SUSCA,

                Plaintiff,                    20 **CIVIL** 9592 ( AT)(VF)

    -against-                        **JUDGMENT**
                                         **for Attorney's fees**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 22, 2024, the Court adopts the Report & Recommendation in its entirety. Plaintiff's motion for attorneys' fees is GRANTED in part and DENIED in part. Plaintiff's counsel is awarded the sum of $10,800 in fees. It is further recommended that any such award should be paid out of Plaintiff's past-due benefits, and upon receipt of this sum, Chermol & Fishman should refund the previously awarded EAJA fees of $2,235.00 to Plaintiff.

**Dated:**  New York, New York
August 23, 2024

                                                    **Daniel Ortiz**
                                        **Acting Clerk of Court**

                             **BY:**
                                         **Deputy Clerk**